Peter A. Leeming SBN 119124
Law Offices of Peter A. Leeming
108 Locust Street, Suite 7
Santa Cruz, CA 95060

Telephone (831) 425-8000

Attorney for defendant Jinghui Ou

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>JINGHUI OU<br><br>              Defendants | No. CR 08-0705 DLJ<br><br>**STIPULATION AND []**<br>**ORDER EXTENDING SURRENDER**<br>**DATE** |

The parties stipulate, and request that the court Order, the following:

1. Mr. Jinghui Ou, the accused in the above case, was sentenced on June 14, 2012, at 10:00 AM. Mr. Ou has been continuing to cooperate with the government since his sentencing and the government is considering filing a motion pursuant to Rule 35 of the Federal Rules of Criminal Procedure.

STIPULATION AND ORDER EXTENDING SURRENDER DATE. - 1

2.      Defendant Jinghui Ou is to surrender to the United States Marshall or a facility designated by the Bureau of Prisons on August 24, 2013.  The parties are jointly requesting that this surrender date be continued until October 4, 2013 in order to allow Mr. Ou to complete his remaining obligations to the government and to allow the government to prepare and file its Rule 35 motion.

3.      Mr. Ou has been fully compliant with the terms of his release both before and after sentencing.

4.      Due to the sensitivity of Mr. Ou's ongoing cooperation, it is respectfully requested that this stipulation and proposed Order be maintained under seal.

Therefore, the parties stipulate and respectfully ask the Court to Order that Mr. Ou's surrender date be extended to October 4, 2013, for the reasons stated above.

Respectfully submitted,

Dated:  August 9, 2013        By:_____/s/_____
                               PETER A. LEEMING,
                              Attorney for Jinghui Ou


  /s/ Susan Knight
Assistant U.S. Attorney


IT IS SO ORDERED.

DATED:__8/12/13_____                _____
                                       HON. D. Lowell Jensen
                                       United States District Court Judge

STIPULATION AND   ORDER EXTENDING SURRENDER DATE. - 2