```
 1  MELINDA HAAG (CSBN 132612)
    United States Attorney
 2
    J. DOUGLAS WILSON (DCBN 412811)
 3  Chief, Criminal Division

 4  SUSAN KNIGHT (CSBN 209013)
    Assistant United States Attorney
 5
       150 Almaden Blvd., Suite 900
 6     San Jose, California 95113
       Telephone:  (408) 535-5056
 7     FAX: (408) 535-5066
       Susan.Knight@usdoj.gov
 8
    Attorneys for Plaintiff
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 08-00705 DLJ |
|---|---|
| Plaintiff, | ) STIPULATION AND [] ORDER REQUESTING A HEARING ON THE GOVERNMENT'S MOTION TO REDUCE THE DEFENDANT'S SENTENCE UNDER RULE 35 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE AND EXTENDING SURRENDER DATE |
| v. | |
| JINGHUI OU, | |
| Defendant. | ) SAN JOSE VENUE |

The undersigned parties respectfully request that the Court schedule a hearing on October 3, 2013 at 10:00 a.m.  The government will be filing a motion a motion to reduce the defendant's sentence for substantial assistance under Rule 35.

In addition, the parties request that Mr. Ou's surrender date be extended from October 4, 2013 to December 2, 2013.  The reason for the extension is to afford the Court adequate time to rule on the government's motion and to allow the defendant to spend the Thanksgiving holiday with his family.

//

STIPULATION AND [] ORDER
CR 08-00705 DLJ

| | | |
|---|---|---|
| 1 | SO STIPULATED: | MELINDA HAAG<br>United States Attorney |
| 2 | | |
| 3 | DATED: 9/19/13 | _____/s/_____<br>SUSAN KNIGHT<br>Assistant United States Attorney |
| 4 | | |
| 5 | DATED: 9/19/13 | _____/s/_____<br>PETER LEEMING<br>Counsel for Mr. Ou |

**ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the hearing on the government's motion for a reduced sentence in <u>United States v. Jinghui Ou</u> be scheduled on October 3, 2013 at 10:00 a.m.

The Court FURTHER ORDERS that the defendant's surrender date is extended from October 4, 2013 to December 2, 2013.

SO ORDERED.

DATED: _____      _____
                            D. LOWELL JENSEN
                            United States District Judge