Peter A. Leeming SBN 119124
Law Offices of Peter A. Leeming
108 Locust Street, Suite 7
Santa Cruz, CA 95060

Telephone (831) 425-8000

Attorney for defendant Jinghui Ou

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0705 DLJ |
| Plaintiff, | **STIPULATION AND ]** |
| vs. | **ORDER PERMITTING TRAVEL TO CHINA** |
| JINGHUI OU, et al., | |
| Defendants | |

The parties stipulate, and request that the court Order, the following:

1. Mr. Jinghui Ou was sentenced to six months in custody on October 3, 2013 by this Court. Mr. Ou was released from custody on May 30, 2014, and is now

STIPULATION AND  ORDER [TRAVEL TO CHINA]. - 1

1  under the supervision of U. S. Probation. Mr. Ou has fully complied with all the
2  conditions of his supervised release.
3      2.    Mr. Ou is a native of China.  Mr. Ou seeks leave of the Court to travel
4  to China to visit his relatives.  Mr. Ou is requesting an Order permitting him to travel
5  to China on September 8, 2014, returning to the United States on October 8, 2014.
6  Travel specifics will be provided to U. S. Probation.
7      3.    Mr. Ou surrendered his passport as a condition of his release when this
8  matter began. Mr. Ou will need his passport returned to him in order that he may
9  travel.
10      4.     US probation does not object to the proposed travel.
11      Therefore, the parties respectfully request that the Court issue an Order
12  permitting Mr. Ou to travel to China for the reasons stated herein.
13      Respectfully submitted,

15      Dated: July 11, 2014    By:_____/s/_____
        PETER A. LEEMING,
16      Attorney for Jinghui Ou

18        /s/ Susan Knight
    Assistant U.S. Attorney

STIPULATION AND ORDER [TRAVEL TO CHINA]. - 2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 08-0705 DLJ |
| | ) |
| Plaintiff, | ) ] **ORDER** |
| | ) **PERMITTING TRAVEL TO CHINA** |
| vs. | ) |
| | ) |
| JINGHUI OU, et al | ) |
| | ) |
| Defendants | ) |

GOOD CAUSE APPEARING, it is hereby Ordered that:

1. Mr. Jinghui Ou may be permitted to travel to China on September 8, 2014, returning to the United States on October 8, 2014. Travel specifics are to be provided to U. S. Probation.

2. Mr. Ou's passport is to be returned to him in order to permit international travel.

IT IS SO ORDERED

DATED:_____      _____
　　　　　　　　　　　　　　　　　HON. D. Lowell Jensen
　　　　　　　　　　　　　　　　　United States District Court Judge

STIPULATION AND  ORDER [TRAVEL TO CHINA]. - 3